UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROBBIE J. PONDER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:07-0789 |
| | ) Judge Echols |
| **THE MARTIN-BROWER COMPANY, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Motion for Summary Judgment (Docket Entry No. 19) filed by Defendant The Martin-Brower Company, LLC is hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE